**E-filed 5/10/06**

1  Jack R. Nelson (SBN 111863)
   Hannah M. Shafsky (SBN 215475)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:    510.763.2000
   Facsimile:     510.273.8832
7
   Attorneys for Defendants
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 | MARIA VENTURA,              | Case No.: C 03-4515 JF RS
13 |         Plaintiff,          | **STIPULATION AND [PROPOSED]
14 |    vs.                      | ORDER TO CONTINUE MAY 26, 2006
                                 | STATUS CONFERENCE**
15 | FIRST FINANCIAL BANK USA, et al.,
16 |         Defendants.

19       This Stipulation is entered by and between Plaintiff and Defendants through their
20 counsel and is based upon the following:

22       1.    On September 29, 2005, this Court entered an Order Granting Defendants'
23 Petition to Compel Arbitration and Motion for Stay of Litigation Pending Arbitration.

25       2.    Plaintiff and First Financial Bank USA are in the process of arbitrating their
26 dispute before the American Arbitration Association.

NOW, THEREFORE, the Parties hereby agree and stipulate to entry by the Court of the following Order:

1. The Court may continue the status conference date currently set for May 26, 2006 for a period of ninety days or until such other date that is convenient for the Court.

SO STIPULATED.

DATED: May 2, 2006.

REED SMITH LLP

By  /s/ Hannah Shafsky
Hannah Shafsky
Attorneys for Defendants

DATED: May 2, 2006.

LAW OFFICES OF RONALD WILCOX

By  /s/ Ronald Wilcox
Ronald Wilcox
Attorneys for Plaintiff

# **ORDER**

The Court, having reviewed the record and the stipulation of the parties and good cause appearing, HEREBY ORDERS:

The status conference in Courtroom 3 of this Court is set for ___8/25/06___ at ___10:30___, or as soon thereafter as the matter may be heard.

DATED: __5/8__, 2006.



United States District Judge