Jack R. Nelson (SBN 111863)
Kevin M. Hara (SBN 221604)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

**E-filed 8/31/06**

Attorneys for Defendants
1st Financial Bank USA, Holly Koster, and Todd Messerole

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VENTURA, ON BEHALF OF HERSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>1ST FINANCIAL BANK USA, HOLLY KOSTER (ERRONEOUSLY SUED AS HOLLY FOSTER), AND TODD MESSEROLE,<br><br>Defendants. | No. C03-04515 JF/RS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Second Amended Compl. Filed: March 19, 2004<br>Trial Date: TBD |

The parties respectfully submit this Joint Case Management Statement and Request to Continue Case Management Conference. On September 29, 2005, this Court granted Defendants' Petition to Compel Arbitration, and stayed this matter pending resolution of the arbitration. Plaintiff served her arbitration demand on March 1, 2006. Plaintiff and Defendants participated in a preliminary hearing with the arbitrator on July 19, 2006. Defendants are in the process of

1  responding to Plaintiff's pre-arbitration discovery including interrogatories, requests for
2  production, and requests for admission.  The parties will schedule and conduct depositions in the
3  near future and will have a further preliminary hearing with the arbitrator on October 20, 2006.
4  On that date, the parties will schedule the arbitration hearing.

5        Therefore, the parties respectfully request that the September 1, 2006 Case Management
6  Conference be continued until after the resolution of the arbitration and that the case be stayed
7  pending the outcome of the arbitration.  In the alternative, the parties request that the Case
8  Management Conference be continued until after the date of the preliminary hearing on October
9  20, 2006 at which time the parties will further update the Court on this case.

11  DATED:  August 25, 2006.

13  REED SMITH LLP

15  By _____
    Kevin M. Hara
    Attorneys for Defendants
16      1st Financial Bank USA, Holly Foster,
    and Todd Messerole

18  LAW OFFICES OF RONALD WILCOX

20  By  /s/Ronald Wilcox
    Ronald Wilcox
21      Attorneys for Plaintiff
    Maria Ventura

# ORDER

The Court, having reviewed the record and the Joint Case Management Conference Statement of the parties and good cause appearing, HEREBY ORDERS:

The status conference in Courtroom 3 of this Court is set for __11/3/06__ at __10:30__, or as soon thereafter as the matter may be heard.

DATED: __8/31/__, 2006.

_____
United States District Judge