1  Jack R. Nelson (SBN 111863)  **E-filed 11/7/06**
   Kevin M. Hara (SBN 221604)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:   510.763.2000
   Facsimile:   510.273.8832
7

8  Attorneys for Defendants
   1st Financial Bank USA, Holly Koster, and Todd Messerole
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | MARIA VENTURA, ON BEHALF OF | No. C03-04515 JF/RS
   | HERSELF AND ALL OTHER
15 | SIMILARLY SITUATED,         | **JOINT CASE MANAGEMENT
                                   STATEMENT AND [PROPOSED] ORDER
16 |          Plaintiff,           TO CONTINUE CASE MANAGEMENT
                                   CONFERENCE**
17 | vs.

18 | 1ST FINANCIAL BANK USA, HOLLY | Second Amended Compl. Filed: March 19,
   | KOSTER (ERRONEOUSLY SUED AS   | 2004
19 | HOLLY FOSTER), AND TODD       | Trial Date: TBD
   | MESSEROLE,
20 |
   |          Defendants.
21

22

23
        The parties respectfully submit this Joint Case Management Statement and Request to
24
   Continue Case Management Conference. The parties are in the middle of arbitration proceedings,
25
   and the arbitration hearing is scheduled for late February 2007.
26
        Therefore, the parties respectfully request that the November 3, 2006 Case Management
27
   Conference be continued for 60 days after the resolution of the arbitration and that the case be
28

No. C03-04515 JF/RS                        - 1 -

1 | stayed pending the outcome of the arbitration.

3 | DATED: October 26, 2006.

REED SMITH LLP

By *Jack R. Nelson for*
_____
Kevin M. Hara
Attorneys for Defendants
1st Financial Bank USA, Holly Foster,
and Todd Messerole

LAW OFFICES OF RONALD WILCOX

By _____
Ronald Wilcox
Attorneys for Plaintiff
Maria Ventura

No. C03-04515 JF/RS                                                    - 2 -

Joint Case Management Conference Statement and [Proposed] Order to Continue Status Conference

## ORDER

The Court, having reviewed the record and the Joint Case Management Conference Statement of the parties and good cause appearing, HEREBY ORDERS:

The status conference in Courtroom 3 of this Court is set for ___2/23/07___ at ___10:30 AM___, or as soon thereafter as the matter may be heard.

DATED: ___11/7/06___, 2006.

_____
United States District Judge
Jeremy Fogel