\*\*E-filed 2/23/07\*\*

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| MARIA VENTURA, on behalf of herself and all others similarly situated ) ) ) Plaintiff, ) ) v. ) ) 1ST FINANCIAL BANK USA, HOLLY KOSTER, and TODD MESSEROLE ) ) ) Defendants. ) ) | Civil Action No. 03-04515 JF RS  REQUEST TO CONTINUE 2/23/07 CASE MANAGEMENT CONFERENCE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |

The parties are currently set for an arbitration hearing in late April of 2007. Therefore the Plaintiff respectfully requests the Case Management Conference scheduled for February 23, 2007 be continued for 90 days.

Respectfully submitted,


**/s/Ronald Wilcox**_____        **2/19/07**
Ronald Wilcox                                                Date
Attorney for Plaintiff

1

**[PROPOSED] ORDER**

The Case Management Conference set for February 23, 2007, is hereby continued for 90 days.   The Case Management Conference is continued to May 25, 2007 at 10:30 AM.

Date:    2/23/07   

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE

2