Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**E-filed 5/18/07**

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| MARIA VENTURA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1ST FINANCIAL BANK USA, HOLLY KOSTER, and TODD MESSEROLE<br><br>Defendants. | Civil Action No. 03-04515 JF RS<br><br>REQUEST TO CONTINUE 5/25/07 CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |

The parties are currently in arbitration. A Motion for Summary Judgment was recently heard on May 15, 2007. Therefore the Plaintiff respectfully requests the Case Management Conference scheduled for May 25, 2007 be continued for 60 days.

Date: 5/16/07          By: _____
                            Ronald Wilcox, Attorney for Plaintiff

1

1  **[PROPOSED] ORDER**

2  The Case Management Conference set for May 25, 2007, is hereby continued for 60

3  days. The Case Management Conference is continued to ___July 27, 2002___ at __10:30__.

4

5  Date: __5/18/07__

                                      HON. JEREMY FOGEL
                                      U.S. DISTRICT JUDGE