1  Jack R. Nelson (SBN 111863)
   Kevin M. Hara (SBN 221604)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:    510.763.2000
   Facsimile:    510.273.8832
7

8  Attorneys for Defendants
   1st Financial Bank USA, Holly Koster, and Todd Messerole
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

| MARIA VENTURA, | No. C03-04515 JF/RS |
|---|---|
| Plaintiff, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| 1ST FINANCIAL BANK USA, HOLLY KOSTER, AND TODD MESSEROLE, | |
| Defendants. | Second Amended Compl. Filed: March 19, 2004<br>Trial Date:  TBD |

1  The parties respectfully submit this Joint Case Management Statement and Request to
2  Continue Case Management Conference.  The parties are currently still in arbitration, and
3  respectfully request that the September 28, 2007, Case Management Conference be continued for
4  45 days, to allow resolution of the case.  At that time, the parties will further update the Court on
5  this case.

7  DATED:  September 19, 2007.

REED SMITH LLP

By   /s/ Kevin M. Hara
   Kevin M. Hara
   Attorneys for Defendants
   1st Financial Bank USA, Holly Foster,
   and Todd Messerole

LAW OFFICES OF RONALD WILCOX

By   /s/ Ronald Wilcox
   Ronald Wilcox
   Attorneys for Plaintiff
   Maria Ventura

No. C03-04515 JF/RS - 1 -
Joint Request to Continue Case Management Conference and [Proposed] Order to Continue Case Management Conference

## **ORDER**

The Court, having reviewed the record and the Joint Case Management Conference Statement of the parties and good cause appearing, HEREBY ORDERS:

The status conference in Courtroom 3 of this Court on September 28, 2007 is CONTINUED and a hearing is set for __November 16, 2007_____ at ____10:30 AM_____, or as soon thereafter as the matter may be heard.

DATED: __9/21_____, 2007.

_____
United States District Judge
Jeremy Fogel