**E-filed 11/8/07**

1  Jack R. Nelson (SBN 111863)
   Kevin M. Hara (SBN 221604)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA  94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA  94604-2084

6  Telephone:    510.763.2000
   Facsimile:    510.273.8832
7

8  Attorneys for Defendants
   1st Financial Bank USA, Holly Koster, and Todd Messerole
9

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13

| | |
|---|---|
| 14  MARIA VENTURA, | No. C03-04515 JF/RS |
| 15            Plaintiff, | **JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 16       vs. | |
| 17  1ST FINANCIAL BANK USA, HOLLY KOSTER, AND TODD MESSEROLE, | |
| 18            Defendants. | Second Amended Compl. Filed: March 19, 2004<br>Trial Date:  TBD |

No. C03-04515 JF/RS

Joint Request to Continue Case Management Conference and [Proposed] Order to Continue Management Conference

1  The parties respectfully submit this Joint Case Management Statement and Request to
2  Continue Case Management Conference.  The parties are currently still in the process of
3  arbitration, and respectfully request that the November 16, 2007, Case Management Conference
4  be continued for 30 days, to allow resolution of the case.  At that time, the parties will further
5  update the Court on this case.

7  DATED:  November 2, 2007.

REED SMITH LLP

By   /s/ Kevin M. Hara
    Kevin M. Hara
    Attorneys for Defendants
    1st Financial Bank USA, Holly Foster,
    and Todd Messerole

LAW OFFICES OF RONALD WILCOX

By   /s/ Ronald Wilcox
    Ronald Wilcox
    Attorneys for Plaintiff
    Maria Ventura

No. C03-04515 JF/RS - 1 -
Joint Request to Continue Case Management Conference and [Proposed] Order to Continue Case Management Conference

**ORDER**

1
2
3   The Court, having reviewed the record and the Joint Case Management Conference
4   Statement of the parties and good cause appearing, HEREBY ORDERS:
5
6   The status conference in Courtroom 3 of this Court on November 16, 2007 is
7   CONTINUED and a hearing is set for __12/14/07_____ at
8   ____10:30_____, or as soon thereafter as the matter may be heard.
9
10   DATED: __11/8/07___, 2007.

_____
United States District Judge
Jeremy Fogel

Case No.: C 03-4515 JF RS
- 1 -
Joint Request to Continue Case Management Conference and [Proposed] Order to Continue Case Management Conference