**E-filed 12/4/07**

Jack R. Nelson (SBN 111863)
Kevin M. Hara (SBN 221604)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendants
1st Financial Bank USA, Holly Koster, and Todd Messerole

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA VENTURA, ON BEHALF OF HERSELF AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>1ST FINANCIAL BANK USA, HOLLY KOSTER (ERRONEOUSLY SUED AS HOLLY FOSTER), AND TODD MESSEROLE,<br><br>Defendants. | No. C03-04515 JF/RS<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    The parties have resolved this matter through private mediation. The parties respectfully request the Court dismiss this matter with prejudice pursuant to Federal Rule of Civil Procedure Rule 41.

DATED: November 28, 2007.

REED SMITH LLP

By   /s/Kevin M. Hara
Kevin M. Hara
Attorneys for Defendants
1st Financial Bank USA, Holly Foster, and Todd Messerole

LAW OFFICES OF RONALD WILCOX

By   /s/Ronald Wilcox
Ronald Wilcox
Attorneys for Plaintiff
Maria Ventura

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties the Court hereby dismisses this matter with prejudice.

IT IS SO ORDERED.

Date:   12/4/07

_____
HON. JEREMY FOGEL